Fill in this information to identify the case:

Debtor name: Hello Nostrand LLC
United States Bankruptcy Court for the: Southern District of NY (State)
Case number (If known): 21-22696 (SHL)

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Magellan Concrete<br>233 Powell Street<br>Brooklyn, New York 11207 | | | | | | $620,000 |
| 2 | Capital Cooling<br>5308 13th Avenue #215<br>Brooklyn, New York 11219 | | | | | | $284,097.73 |
| 3 | Unique Painting<br>225 Brighton 2nd Lane - Apt. 3<br>Brooklyn, New York 11235 | | | | | | $198,400 |
| 4 | TM Plumbing & Heating<br>4148 68 Street<br>Woodside, New York 11377 | | | | | | $90,000 |
| 5 | K.K.O. Management<br>1047 Rogers Avenue<br>Brooklyn, New York 11226 | | | | | | $57,500 |
| 6 | Stone Guard<br>1030 East 13th Street<br>Brooklyn, New York 11230 | | | | | | $56,981.10 |
| 7 | NV General Construction<br>175 Stanhope Street - Apt. 2<br>Brooklyn, New York 11237 | | | | | | $50,000 |
| 8 | Secure Roofing<br>1214 46th Street<br>Brooklyn, New York 11219 | | | | | | $40,103.15 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

| Debtor | Hello Nostrand LLC | | | Case number (if known) | 21-22696 (SHL) |
|---|---|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | European American Window<br>39 Southgate Road<br>North Woodmere, New York 11581 | | | | | | $35,305 |
| 10 | In Style Kitchens<br>5709 20th Avenue<br>Brooklyn, New York 11204 | | | | | | $30,750 |
| 11 | Prestige Construction<br>4010 14th Avenue<br>Brooklyn, New York 11218 | | | | | | $28,850 |
| 12 | PRC Contracting<br>106-10 Union Hall Street<br>Jamaica, New York 11433 | | | | | | $19,500 |
| 13 | Right One Interior<br>516 Bristol Street<br>Brooklyn, New York 11210 | | | | | | $15,352.83 |
| 14 | CMY Electrical<br>134 Haig Road<br>Valley Stream, New York 11581 | | | | | | $15,247.60 |
| 15 | Prime Interiors<br>53 Walton Street - Apt. 205<br>Brooklyn, New York 11206 | | | | | | $14,279.10 |
| 16 | Excel Security System<br>71 Bengeyfield Drive<br>East Williston, New York 11596 | | | | | | $14,279 |
| 17 | TJ Destiny Corp. | | | | | | $14,000 |
| 18 | Gagan General Construction<br>115-07 115th Street 1st Floor<br>South Ozone Park, New York 11420 | | | | | | $12,788 |
| 19 | J&C Steel Fabricators<br>197 Sheffield Avenue<br>Brooklyn, New York 11207 | | | | | | $10,996 |
| 20 | J&A Iron Works<br>141 32nd Street<br>Brooklyn, New York 11232 | | | | | | $10,842.50 |