**Fill in this information to identify the case:**

Debtor name: Hello Living Developer Nostrand LLC

United States Bankruptcy Court for the: Southern District of NY (State)

Case number (If known): 21-22696 (SHL)    Chapter ____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor _____     Case number (*if known*)_____
　　　　　Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2._ **State what the contract or lease is for and the nature of the debtor's interest** _____ **State the term remaining** _____ **List the contract number of any government contract** _____ | _____ |
| 2._ **State what the contract or lease is for and the nature of the debtor's interest** _____ **State the term remaining** _____ **List the contract number of any government contract** _____ | _____ |
| 2._ **State what the contract or lease is for and the nature of the debtor's interest** _____ **State the term remaining** _____ **List the contract number of any government contract** _____ | _____ |
| 2._ **State what the contract or lease is for and the nature of the debtor's interest** _____ **State the term remaining** _____ **List the contract number of any government contract** _____ | _____ |
| 2._ **State what the contract or lease is for and the nature of the debtor's interest** _____ **State the term remaining** _____ **List the contract number of any government contract** _____ | _____ |
| 2._ **State what the contract or lease is for and the nature of the debtor's interest** _____ **State the term remaining** _____ **List the contract number of any government contract** _____ | _____ |
| 2._ **State what the contract or lease is for and the nature of the debtor's interest** _____ **State the term remaining** _____ **List the contract number of any government contract** _____ | _____ |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          page _2_ of _2_