**Fill in this information to identify the case:**

Debtor name: __Hello Living Developer Nostrand LLC__

United States Bankruptcy Court for the: __Southern__    District of __NY__
(State)

Case number (If known): __21-22696 (SHL)__

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Eli Karp | 17 Tokay Lane<br>Street<br><br>Monsey          New York          10952<br>City          State          ZIP Code | Madison Realty<br>1580 Nostrand Mezz LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H    Schedule H: Codebtors    page 1 of __2__

Debtor  Hello Living Developer Nostrand LLC
        Name

Case number (*if known*) 21-22696 (SHL)

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.__ | Street / City State ZIP Code | | ❑ D ❑ E/F ❑ G |
| 2.__ | Street / City State ZIP Code | | ❑ D ❑ E/F ❑ G |
| 2.__ | Street / City State ZIP Code | | ❑ D ❑ E/F ❑ G |
| 2.__ | Street / City State ZIP Code | | ❑ D ❑ E/F ❑ G |
| 2.__ | Street / City State ZIP Code | | ❑ D ❑ E/F ❑ G |
| 2.__ | Street / City State ZIP Code | | ❑ D ❑ E/F ❑ G |
| 2.__ | Street / City State ZIP Code | | ❑ D ❑ E/F ❑ G |
| 2.__ | Street / City State ZIP Code | | ❑ D ❑ E/F ❑ G |

Official Form 206H                    **Schedule H: Codebtors**                    page 2 of 2