**Fill in this information to identify the case:**

Debtor name: __Hello Living Developer Nostrand LLC__

United States Bankruptcy Court for the: __Southern__  District of __NY__
(State)

Case number (If known): __21-22696 (SHL)__

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals        12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................... $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................... $ 0 Undetermined

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................... $ 0

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............. $ 3,000,000
   (principal)

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................... $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ + $ 1,625,000

4. **Total liabilities**.................................................................................... $ 4,625,000
   Lines 2 + 3a + 3b

Official Form 206Sum        Summary of Assets and Liabilities for Non-Individuals        page 1