# Exhibit A

Proposed Amended Scheduled Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>HELLO LIVING DEVELOPER NOSTRAND LLC,<br><br>　　Debtor. | Chapter 11<br><br>Case No. 21-22696 (SHL) |

**REVISED ORDER (1) EXTENDING THE HEARING DATE ON THE DEBTOR'S APPLICATION SEEKING CONDITIONAL APPROVAL OF THE DISCLOSURE STATEMENT, COMBINING A FINAL HEARING ON DISCLOSURE STATEMENT WITH A CONFIRMATION HEARING, APPROVING THE FORM OF BALLOT AND FIXING A DATE FOR VOTING AND OBJECTIONS, (2) SHORTENING NOTICE PERIOD WITH RESPECT TO NOSTRAND MEZZ LENDER LLC'S MOTION TO DISMISS CHAPTER 11 CASE OR, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY AND (3) GRANTING RELATED RELIEF**

　　　　THIS MATTER coming to be heard upon the motion (the "Motion") of Nostrand Mezz Lender LLC ("Mezz Lender") for entry of an order (A) shortening the notice period with respect to *Nostrand Mezz Lender LLC's Motion to Dismiss Chapter 11 Case or, Alternatively, for Relief from the Automatic Stay* (the "Motion for Relief");[1] and (B) modifying any requirement to serve the Top Twenty List of any pleadings in this chapter 11 case, all as is more fully set forth in the Motion; and the Court having entered an Order partially granting the Motion [Doc. No. 53] (the "Prior Order"); and the parties having subsequently agreed to revised dates; and after due deliberation and good and sufficient cause appearing therefor,

　　　　**IT IS HEREBY ORDERED THAT:**

　　　　1.　　The Prior Order is amended and superseded by this Order.

　　　　2.　　Notice of the Motion and the Motion for Relief as provided therein (as amended by Paragraph 9 of this Order with respect to the Top Twenty List), is deemed good and sufficient notice with respect to the Motion and the Motion for Relief.

---

[1]　　Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

3. A hearing to consider both the Mezz Lender's request to dismiss the case, or, alternatively, lift the automatic stay as set forth in the Motion for Relief will be held on **May 25, 2022 at 11:00 a.m. (prevailing Eastern Time)**.

4. The hearing to consider the *Debtor's Application Seeking Conditional Approval of Disclosure Statement, to Combine Final Hearing on Disclosure Statement and Confirmation, Approving the Form of Ballot and Fixing the Date for Objections to the Disclosure Statement and Confirmation* [Doc. No. 42] (the "Disclosure Statement Motion") is adjourned from April 27, 2022 to **May 25, 2022 at 11:00 a.m. (prevailing Eastern Time)**.

5. The deadline for parties to respond or object to the relief requested in the Motion for Relief is **May 12, 2022 at 12:00 p.m. (prevailing Eastern Time)**.

6. The deadline for parties (other than Mezz Lender) to respond or object to the relief requested in the Disclosure Statement Motion is **May 12, 2022 at 12:00 p.m. (prevailing Eastern Time)**; provided, that the deadline for the Mezz Lender to respond or object to the relief requested in the Disclosure Statement Motion is **May 13, 2022 at 12:00 p.m. (prevailing Eastern Time)**.

7. The deadline for the Mezz Lender to file a reply in support of the Motion for Relief and/or in response to any opposition filed to the Motion for Relief is **May 23, 2022 at 12:00 p.m. (prevailing Eastern Time)**.

8. The deadline for the Debtor to file a reply in support of the Disclosure Statement Motion and/or in response to any opposition filed to the Disclosure Statement Motion is **May 20, 2022 at 12:00 p.m. (prevailing Eastern Time)**.

9. Any requirement under the Bankruptcy Rules to serve the Top Twenty List of any pleadings in this chapter 11 case is hereby waived.

10. The Debtor shall produce the documents requested by the Mezz Lender set in Nostrand Mezz Lender LLC's Requests for Production of Documents to the Debtor ("RFPs")

and any written responses and objections thereto no later than **May 5, 2022 at 5:00 p.m. (prevailing Eastern Time)**, provided that the Debtor's ability to object to the RFPs are fully preserved except for any objection to the timeliness of such requests.

11. The Debtor shall produce Eli Karp for examination by the Mezz Lender via videoconference (a) on **May 10, 2022**, and (b) and on a date to be agreed-to by the parties, but by no later than **May 19, 2022.**

12. The Debtor reserves its rights to take discovery of depositions and documents on all parties, including Steven P. Zimmer. The Mezz Lender reserves its rights with respect to such discovery.

13. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2022
       New York, New York

                                              HONORABLE SEAN H. LANE
                                              UNITED STATES BANKRUPTCY JUDGE