Alan J. Brody  
**GREENBERG TRAURIG, LLP**  
500 Campus Drive, Suite 400  
Florham Park, New Jersey 07932  
Telephone: (973) 443-3543  
Email:   BrodyA@gtlaw.com

- and -

Leo Muchnik  
**GREENBERG TRAURIG, LLP**  
One Vanderbilt Avenue  
New York, New York 10017  
Telephone: (212) 801-9200  
Email:   MuchnikL@gtlaw.com

*Attorneys for Nostrand Mezz Lender LLC*

Hearing Date: June 27, 2022 at 2:00 p.m.

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HELLO LIVING DEVELOPER NOSTRAND LLC,<br><br>         Debtor. | Chapter 11<br><br>Case No. 21-22696 (SHL) |

**NOTICE OF HEARING TO FURTHER CONSIDER NOSTRAND MEZZ LENDER LLC'S MOTION TO DISMISS CHAPTER 11 CASE OR, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY [ECF No. 45]**

---

**PLEASE TAKE NOTICE** that on April 14, 2022, Nostrand Mezz Lender LLC ("Mezz Lender") filed *Nostrand Mezz Lender LLC's Motion to Dismiss Chapter 11 Case or, Alternatively, for Relief from the Automatic Stay* [ECF No. 45] (the "Motion to Dismiss/Lift Stay");

**PLEASE TAKE FURTHER NOTICE** that on May 5, 2022, this Court entered an Order [ECF No. 63] scheduling, among other things, a hearing for May 25, 2022 at 11:00 a.m. (subsequently re-scheduled for 3:00 p.m. (Eastern Time) [ECF No. 94]) and which hearing was continued on June 6, 2022 (collectively, the "Initial Hearings") to consider the Motion to Dismiss/Lift Stay;

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Initial Hearings, the Court entered the *Order Granting Partial Relief from the Automatic Stay* [ECF No. 106], which granted, in part, the Motion to Dismiss/Lift Stay without prejudice to the Court granting Mezz Lender additional relief requested in the Motion to Dismiss/Lift Stay;

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the additional relief Mezz Lender requested in the Motion to Dismiss/Lift Stay has been scheduled for **June 27, 2022 at 2:00 p.m. (Eastern Time)**;

**PLEASE TAKE FURTHER NOTICE** that the Hearing will take place by eCourt Appearances. Case participants must check in to confirm their appearance in Court no later than 4:00 p.m., one business day prior to the scheduled hearing date.

Dated: June 21, 2022
      New York, New York

Respectfully submitted,

/s/ *Alan J. Brody*
Alan J. Brody
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Telephone: (973) 443-3543
Facsimile: (973) 295-1333
Email: BrodyA@gtlaw.com

- and -

Leo Muchnik
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: MuchnikL@gtlaw.com

*Attorneys for Nostrand Mezz Lender LLC*