UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE:  Case No.: 21-22696 (SHL)
  Chapter 11

HELLO LIVING DEVELOPER NOSTRAND LLC,

                          Debtor.
------------------------------------------------------------------X

**SECOND SUPPLEMENTAL DECLARATION OF VICTOR A. WORMS IN SUPPORT OF DEBTOR'S APPLICATION FOR ORDER PURSUANT TO SECTIONS 327(a) AND 328 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF VICTOR A. WORMS AS CO-COUNSEL TO THE DEBTOR *NUNC PRO TUNC* TO APRIL 14, 2022**

**VICTOR A. WORMS** duly declares under penalty of perjury the following:

1. I submit this second supplemental declaration in support of the application by the Debtor to retain me as litigation counsel in this Chapter 11 Case, supplementing the *Supplemental Declaration of Victor Worms, Esq.* filed on June 27, 2022 (ECF No. 111).

2. I am submitting this supplemental declaration to confirm that if the Court approves my retention as litigation counsel for the Debtor, the scope of my retention would be limited to litigate, on behalf of the Debtor, Nostrand Mezz Lender, LLC's Motion To Dismiss Chapter 11 Case Or, Alternatively, For Relief From The Automatic Stay (the "Motion")[ECF-45], and adversary proceedings that the Debtor may commence in connection with this Chapter 11 case, *provided that* in no circumstances would I participate in the evaluation and litigation where Mr. Eli Karp and the entity in which he has an interest may be defendant(s).

3. I understand that my loyalty is solely with the Debtor and will provide untainted advice and assistance to the Debtor during my representation of the Debtor in this bankruptcy case.

Dated: New York, New York
      June 27, 2022

                                              _____
                                              Victor A. Worms