**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

| | |
|---|---|
| IN RE: Hello Living Developer Nostrand LLC | CASE NO.: 21–22696–shl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 82–3468678 | CHAPTER: 11 |

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Sean H. Lane in this Chapter 11 case.

Hello Living Developer Nostrand LLC was dismissed from the case on July 25, 2022 WITH PREJUDICE.

Dated: July 25, 2022                                    Vito Genna
                                                                                              Clerk of the Court