# Notice Recipients

District/Off: 0208–7  User: admin  Date Created: 7/25/2022
Case: 21–22696–shl  Form ID: 131  Total: 51

**Recipients of Notice of Electronic Filing:**
ust   United States Trustee   USTPRegion02.NYECF@USDOJ.GOV
aty   Leo Fox   leo@leofoxlaw.com
aty   Tara Tiantian   tara.tiantian@usdoj.gov

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Hello Living Developer Nostrand LLC   17 Tokay Lane   Monsey, ny 10952
smg   United States Attorney's Office   Southern District of New York   Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007
smg   Westchester County Sheriff's Dept.   Room L 217   110 Dr. Martin Luther King Blvd.   White Plains, NY 10601–2519
smg   N.Y. State Dept. Of Taxation And Finance   Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205–0300
smg   New York City Department of Finance   Office of Legal Affairs   375 Pearl Street, 30th Floor   New York, NY 10038
smg   Parking Violations Bureau   210 Joralemon Avenue   Brooklyn, NY 11201
smg   Internal Revenue Service   PO Box 7346   Philadelphia, PA 19101–7346
smg   N.Y. State Unemployment Insurance Fund   P.O. Box 551   Albany, NY 12201–0551
smg   New York State Tax Commission   Bankruptcy/Special Procedures Section   P.O. Box 5300   Albany, NY 12205–0300
smg   United States Attorney's Office   Southern District of New York   Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007
7893885   1 Seal USA   445 Broad Hollow Road – Suite 25   Melville, New York 11747
7899237   1580 NOSTRAND AVE MEZZ LLC   c/o Kriss & Feuerstein LLP   360 Lexington Avenue, Suite 1200   New York, NY 10017
7893886   Alumi Supply   100A Broadway – Suite 115   Brooklyn, New York 11249
7893888   CMY Electrical   134 Haig Road   Valley Stream, New York 11581
7893887   Capital Cooling   5308 13th Avenue – #215   Brooklyn, New York 11219
7916542   Downstate Foot and Ankle Podiatry   635 32nd Street   Brooklyn, New York 11215
7916543   Dr. Sumit Dharia   11 Stone Arch Road   Old Westbury, New York 11568
7893889   European American Window   39 Southgate Road   North Woodmere, New York 11581
7893890   Excel Security Systems   71 Bengeyfield Drive   East Williston, New York 11596
7893891   Gagan General Construction   115–07 115th Street – 1st Floor   South Ozone Park, New York 11420
7893892   Greater Tiles   228 Walworth Street – Apt. 2L   Brooklyn, New York 11205
7914714   Hello Nostrand Holdings LLC   351 Spook Rock Road   Suffern, NY 10901
7893893   Hiline Construction   335 Calyer Street – Unit C   Brooklyn, New York 11222
7897325   INTERNAL REVENUE SERVICE   P.O. BOX 7346   PHILADELPHIA, PA 19101–7346
7893894   In Style Kitchens   5709 20th Avenue   Brooklyn, New York 11204
7893895   J&A Iron Works   141 32nd Street   Brooklyn, New York 11232
7893896   J&C Steel Fabricators   197 Sheffield Avenue   Brooklyn, New York 11207
7893898   K&Y Fahie Cleaning Services   346 63rd Street   Brooklyn, New York 11220
7893897   K.K.O. Management   1047 Rogers Avenue   Brooklyn, New York 11226
7916544   Lazer Mechlovitz   1053 Dahill Road   Brooklyn, New York 11204
7893900   M&C Construction   4 Rose Street   Plainview, New York 11803
7893899   Magellan Concrete   233 Powell Street   Brooklyn, New York 11207
7916632   Magellan Concrete Structures Corp.   233 Powell Street   Brooklyn, NY 11212
7893901   NV General Construction   175 Stanhope Street – Apt. 2R   Brooklyn, New York 11237
7917567   Nostrand Mezz Lender LLC   15 West 27th Street, 6th Floor   New York City, NY 10001
7917568   Nostrand Mezz Lender LLC   15 West 27th Street, 6th Floor   New York City, NY 10001
7893902   PRC Contracting   106–10 Union Hall Street   Jamaica, New York 11433
7949999   PRIME INTERIORS NY INC.   670 MYRTLE AVE.   SUITE 291   BROOKLYN, NY 11205
7893903   Prestige Construction   4010 14th Avenue   Brooklyn, New York 11218
7893904   Prime Interiors   53 Walton Street – Apt. 205   Brooklyn, New York 11206
7916545   RH Equity NY LLC   325 Division Avenue – Unit 201   Brooklyn, New York 11215
7893905   Right One Interior   516 Briston Street   Brooklyn, New York 11210
7893906   Secure Roofing   1214 46th Street   Brooklyn, New York 11219
7893907   Stone Guard   1030 East 13th Street   Brooklyn, New York 11230
7893908   TJ Destiny Construction, LLC   P.O. Box 250–345   Brooklyn, New York 11225
7893909   TM Plumbing & Heating   4148 68th Street   Woodside, New York 11377
7893910   Tony's Iron Works   103–20 104th Street   Ozone Park, New York 11417
7893911   Unique Painting   225 Brighton 2nd Lane – Apt. 3   Brooklyn, New York 11235

TOTAL: 48